HENRY O. KIERSTED et al., Appellants, *v.* THE ORANGE AND
ALEXANDRIA RAILROAD COMPANY et al., Respondents.

(Argued January 20, 1880; decided February 3, 1880.)

*T. C. Cronin* for appellants.

*Joseph C. Jackson* for respondents.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.